```
                  IN THE UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF ARKANSAS
                          FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                          Case No. 05-50018

ISRAEL CHACON-VEGA                                                 DEFENDANT

## ORDER

Now on this 13th day of March, 2008, the above-referenced case comes on to be considered upon remand from the Eighth Circuit Court of Appeals. The Court finds and orders as follows with respect thereto:

1. On February 16, 2007, the Court entered an Order (Doc. 35) denying the defendant's **Petition for a Waiver of His $1,000.00 Fine (Doc. 33).**

2. On March 6, 2008, the Eighth Circuit issued a mandate, vacating the Court's order on the basis that the Court lacked jurisdiction to rule on the defendant's petition. The Eighth Circuit remanded the case with instructions for the Court to dismiss the petition without prejudice. (Doc. 45.)

3. In accordance with the Eighth Circuit's mandate, the defendant's **Petition for a Waiver of His $1,000.00 Fine (Doc. 33)** is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE